IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

```
PAMELA C. TODD,                      :
                                     :
     Plaintiff,                      :
                                     :
vs.                                  :
                                     :   CIVIL ACTION 13-0411-M
CAROLYN W. COLVIN,                   :
Social Security Commissioner,        :
                                     :
     Defendant.                      :
```

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Pamela C. Todd.

DONE this 24th day of March, 2014.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE